

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

March 27, 1939

Honorable Charley Lockhart
State Treasurer
Austin, Texas

Dear Sir:

Opinion No. 0-474

Re: Whether affidavits for fixing
laborers' and materialmen's
liens must be stamped under
Article 7047e, R. C. S.?

We are in receipt of your request for our opinion as to
whether affidavits made under Articles 5453, 5455 and 5456, Revised
Civil Statutes, for the purpose of fixing and securing the liens
prescribed in Article 5452, Revised Civil Statutes, must bear the
tax stamps mentioned in Article 7047e (a), Revised Civil Statutes
of Texas, reading in part as follows:

"Except as herein otherwise provided, there is
hereby levied and assessed a tax of ten cents (10¢)
on each One Hundred Dollars ($100) or fraction thereof,
over the first Two Hundred Dollars ($200), on all notes
and obligations secured by chattel mortgage, deed of
trust, mechanic's lien contract, vendor's lien, condi-
tional sales contract and all instruments of a similar
nature which are filed or recorded in the office of the
County Clerk under the Registration Laws of this State;
providing that no tax shall be levied on instruments for
an amount of Two Hundred Dollars ($200) or less. After
the effective date of this Act, except as hereinafter
provided, no instrument creating a lien of any character
to secure the payment of money, or reserving title to
any property until the purchase price thereof shall have
been paid, shall be filed or recorded by any County Clerk
in this State until there has been affixed or recorded
by any County Clerk in this State until there has been
affixed to such instrument stamps in accordance with the
provisions of this Section; . . ."

In our opinion No. 0-79, dated January 25, 1939, addressed to you, we expressed the view that abstracts of judgments are not within the purview of the taxing statute. The reasons for such holding in that opinion would be largely applicable here. The character of instruments specifically enumerated in Article 7047e (a), especially when considered in connection with the caption "levying a stamp tax upon certain promissory notes, and providing for the collection thereof", we think precludes an interpretation which would levy a tax upon the privilege of filing and recording the affidavits. There being no need to repeat the reasons given in Opinion No. 0-79, we forego any further discussion.

We answer your question in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis

Glenn R. Lewis
Assistant

GRL:N

APPROVED

FIRST ASSISTANT ATTORNEY GENERAL